**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN THE MATTER OF THE SEARCH OF )
INFORMATION ASSOCIATED WITH )
SIX ACCOUNTS STORED AT )     Case No. 26-mc-00098-JEB
PREMISES CONTROLLED BY ONE )
PROVIDER PURSUANT TO 18 U.S.C. )
§ 2703 FOR INVESTIGATION OF )
VIOLATIONS OF 18 U.S.C. § 951 )
_____ )

**MOVANTS' REPLY IN SUPPORT OF THEIR
MOTION TO UNSEAL SEARCH WARRANT MATERIALS**

Movants Michael Caputo and Judicial Watch, Inc. submit this reply in support of their motion to unseal the search warrant materials related to the November 18, 2024 warrant directed at Caputo's Google account.

1. Movants seek to unseal all materials related to the November 18, 2024 search warrant directed at Caputo's Google account. Because Movants do not have access to the sealed docket, they cannot identify every document filed in this matter. Movants therefore request that the government identify all search warrant materials on the docket and state whether it opposes unsealing each, in whole or in part.

2. Movants acknowledge that limited portions of the search warrant application or other warrant materials may justify continued sealing. They do not, however, concede that the government's proposed redactions, or any additional withholding, satisfy the governing standard. For each document or portion it seeks to keep sealed, the government should provide an index identifying the material withheld and a particularized justification for continued sealing.

3. To resolve the matter promptly, Movants respectfully request that the Court (1) unseal without delay the portions of the application that the government does not seek to keep sealed; (2) direct the government, by a date certain, to identify all other warrant materials and

- 2 -

provide a particularized justification for any continued sealing; and (3) schedule a status

conference if disputes remain after those disclosures.

Dated: July 22, 2026                    Respectfully submitted,


/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
Sean O'Donnell (D.C. Bar No. 90040392)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: mbekesha@JudicialWatch.org

*Counsel for Movants Michael Caputo*
*and Judicial Watch, Inc.*