**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH SIX ACCOUNTS STORED AT PREMISES CONTROLLED BY ONE PROVIDER PURSUANT TO 18 U.S.C. 2703 FOR INVESTIGATION OF VIOLATIONS OF 18 U.S.C. 951** | **26-mc-98 (JEB)** |

**JOINT STATUS REPORT**

The parties, through the undersigned counsel, hereby file the following Joint Status Report, pursuant to the Court's Minute Order of August 1, 2026. That Minute Order required the Government to produce to Petitioners the redacted documents by August 21, 2026. The Minute Order further instructed the parties to confer over what, if anything, additional Petitioners seek. Finally, the Minute Order required the parties to file a Joint Status Report by September 4, 2026, indicating any areas of disagreement.

1. On August 21, 2026, the Government produced to Petitioners the four documents contained in sealed docket 24-sc-2315, with the Government's proposed redactions implemented.[1] Most of the redactions were contained in Document 1. Documents 2 and 3 were lightly redacted (e.g., only names of AUSA, case agent, and account numbers were redacted), and Document 4 contained no redactions.

2. The parties met and conferred on August 21, and August 27, 2026. At the conclusion of the August 27 meeting, the Petitioners agreed to provide the government with a list

[1] To the extent that portions of certain documents contained a duplicate of a prior document on the docket, as an attachment for example, the Government produced only the new portion of the document.

of paragraphs in Document 1 to discuss, and the Government agreed that it would hold another meet-and-confer session in which it discussed the general grounds for the redactions in those paragraphs. On August 31, Petitioners sent to the Government a listing of the paragraphs in Document 1 that they wished to discuss. On September 1, the parties held their third meet-and-confer session, during which they went line-by-line and paragraph-by-paragraph through the Petitioners' list, discussing the bases for the Government's redactions. At the conclusion of that session, the Government agreed to reconsider some of its redactions.

3. On September 3, 2026, the Government produced to the Petitioners a revised version of Document 1, with some of the previous redactions lifted from paragraphs: 22, 25, 26, 27, 28, 29, 30, 31, 33, 33f, 34, and 39.

4. Petitioners continue to review the revised version of Document 1. Based on their initial review, however, Petitioners continue to have concerns about the redactions. Petitioners therefore propose that the Petitioners file a status report on September 11, 2026, setting forth Petitioners' concerns.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Gregg A. Maisel*
Gregg A. Maisel
D.C. Bar No. 447902
Assistant United States Attorney
Chief, National Security Section
Deputy Chief, Criminal Division
601 D Street, NW
Washington, DC 20530
Phone: 202-252-7812
Gregg.Maisel@usdoj.gov

JOHN A. EISENBERG
Assistant Attorney General

/s/ *Tanner Kroeger*
Tanner Kroeger
New York Bar No. 5297015
Acting Deputy Chief
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Phone: (202) 353-9488
Tanner.Kroeger@usdoj.gov

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
Sean O'Donnell (D.C. Bar No. 90040392)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: mbekesha@JudicialWatch.org

*Counsel for Petitioners Michael Caputo and Judicial Watch, Inc.*